# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**Kennedy J. Hyde,**
                              **Appellant,**

     **-v-**                                          **5:11-CV-920 (NAM)**

**U.S. Trustee and James C. Collins,
Trustee,**

                                                      **Ch. 7 Bkr. Case No. 08-62435**

                    **Respondent.**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Certification to District Court requesting leave to appeal from the Order of Bankruptcy Judge Diane Davis dated July, 13th, 2011 is DENIED. The appeal of Kennedy J. Hyde is DISMISSED and this action is closed.

All of the above pursuant to the Memorandum Decision and Order of the Honorable Chief United States District Judge Norman A. Mordue, dated the 18th day of August, 2011.

DATED: August 18, 2011

*[signature]*
Clerk of Court


s/ Melissa Ennis
_____
Melissa Ennis, Deputy Clerk